RECEIVED & FILED

JAN 2 6 2010

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

EVIDENT TECHNOLOGIES, INC.,

Debtor.

Case No. 09-12515

Chapter 11

## ORDER SHORTENING AND LIMITING NOTICE ON HEARING OF ADEQUACY OF DISCLOSURE STATEMENT AND SETTING DEADLINE TO OBJECT THERETO

Upon the Application of the Debtor, Evident Technologies, Inc., for approval of its Disclosure Statement and Chapter 11 Reorganization Plan, and for good cause shown, and pursuant to Bankruptcy Rules 2002 and 9006, it is hereby

**ORDERED**, that a hearing on approval of the Debtor's Disclosure Statement, pursuant to 11 U.S.C. §1125, will be conducted before this Court on **February 17, 2010 at 10:30 a.m.**, or as soon thereafter as counsel can be heard, at the United States Bankruptcy Court for the Northern District of New York, Room 306 of the James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York, and it is further

**ORDERED**, that notice of this hearing shall be sufficient if a copy of this Order and the accompanying Order and Notice for Hearing on Disclosure Statement is sent, by e-mail, fax, overnight express, or personal delivery before 6:00 p.m. on or before January 28, 2010, to all creditors of the Debtor, and to the Office of the United States Trustee, Kevin Purcell, Esq. of Counsel, and all other parties who have filed Notices of Appearance, and it is further

057295/00000 Litigation 7204548v1

**ORDERED**, that any Objection to the Debtor's Disclosure Statement shall be filed with the Court **no later than 4:00 p.m. on February 11, 2010.**

DATED:   January 26, 2010
at Albany, New York

ENTER:

_____
HON. ROBERT E. LITTLEFIELD, JR.
CHIEF UNITED STATES BANKRUPTCY JUDGE