


Ryan M. Simon
Corporate Attorney
eBioscience Inc.
(d) 858.784.5047
ryan.simon@ebioscience.com

March 16, 2010

The Honorable Robert E. Littlefield Jr.
United States Bankruptcy Court
Northern District of New York
James T. Foley U.S. Court House
445 Broadway, Suite 306
Albany, New York 12207

Re:   Evident Technologies Inc. Application to Reject Executory Contracts of eBioscience Inc.
      Case No. 09-12515 – Chapter 11

Dear Judge Littlefield:

I am in-house counsel at eBioscience Inc. Bioscience does not oppose the Application presented by Evident Technologies dated February 24, 2010. However, eBioscience wishes to retain its rights in accordance with section 365(n) of the Bankruptcy Code, and requests that the Court hold the hearing scheduled for March 24, 2010 to ensure that any order so provides.

Very truly yours,

Ryan M. Simon
eBioscience Inc.

cc:   Kevin Purcell, Esq.
      Richard L. Weisz, Esq.

