UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In re:

EVIDENT TECHNOLOGIES, INC.,

Debtor.

Case No. 09-12515

Chapter 11

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF ALBANY         )

    GEORGIA I. RUSSO, being duly sworn, deposes and says:

    1.  That I am over the age of 18 years and am not a party to the above-captioned action.

    2.  That on May 6, 2010, deponent served the Notice of Confirmation dated April 21, 2010, and Order of Confirmation of Debtor's Plan executed by the Hon. Robert E. Littlefield, Jr. on April 20, 2010 and entered with the Court on April 21, 2010 (without exhibits, advising creditors that copies of said exhibits can be obtained from the Clerk's Office or Debtor's counsel upon request therefor) upon the following attorneys/parties, at the following addresses:

    Kevin Purcell, Esq.
    Office of the U.S. Trustee
    Northern District of New York
    74 Chapel Street
    Albany, New York 12207

    Peter A. Pastore, Esq.
    McNamee, Lochner, Titus
     & Williams, P.C.
    Attorneys for Debtor-in-Possession Lenders
    677 Broadway
    Albany, New York 12207

057295/00000 Litigation 7239559v1

Nancy Hershey Lord, Esq.
Assistant Attorney General
Office of the NYS Attorney General
Justice Building Annex, Room D30
The Capitol
Albany, New York 12224

Diane J. Cagino, Esq.
Assistant United States Attorney
Office of the U.S. Attorney
James T. Foley United States Courthouse
445 Broadway
Albany, New York 12207

Sean W. Gilligan, Esq.
Gesmer & Updegrove, LLP
Attorneys for Opalka Family Investment Partners, LP
40 Broad Street
Boston, MA 02109

J. Thomas Beckett, Esq.
Parsons Behle & Latimer
Attorneys for Invitrogen Corporation
One Utah Center
201 South Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, UT 84145-0898

Daniel J. Tyson, Esq.
Lemery Greisler, LLC
Attorneys for Life Technologies Corporation
 (formerly known as Invitrogen Corporation)
50 Beaver Street
Albany, New York 12207

Jeffrey L. Cohen, Esq.
Cooley Godward Kronish LLP
Attorneys for Nanosys, Inc.
The Grace Building, 1114 Avenue of the Americas
New York, New York 10036-7798

Robert L. Eisenbach III, Esq.
Cooley Godward Kronish LLP
Attorneys for Nanosys, Inc.
101 California Street, 5th Floor
San Francisco, California 94111-5800

Sabino Rodriguez III, Esq.
Day Pitney LLP
General Counsel to Debtor
7 Times Square, Times Square Tower
New York, NY 10036

Ryan M. Simon, Esq.
eBioscience, Inc.
10255 Science Center Drive
San Diego, California 92121

ALL CREDITORS (Pursuant to annexed Matrix)

by depositing a true and correct copy of the same properly enclosed in a postage-paid envelope in the Official Depository maintained and exclusively controlled by the United States Postal Service at the Carrier Annex Post Office, 747 Broadway, Albany, New York, 12207, directed to said attorneys at the addresses listed above, being the addresses within the state designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

_____
GEORGIA I. RUSSO

Sworn to before me this
7th day of May, 2010

_____
Notary Public, State of New York

JULIA A. BOEHM
Notary Public, State of New York
Qualified in Albany County
No. 01BO6079037
Commission Expires Aug. 12, 2012

Filed by:

HODGSON RUSS LLP
RICHARD L. WEISZ, ESQ. OF COUNSEL
Attorneys for Debtor
677 Broadway, Suite 301
Albany, New York 12207
(518) 465-2333

```
Label Matrix for local noticing            BST Valuation & Litigation Advisors, LLC    EVIDENT TECHNOLOGIES, INC.
0206-1                                     26 Computer Drive West                      45 Ferry Street
Case 09-12515-1-rel                        Albany, NY 12205-1672                       Troy, NY 12180-4115
Northern District of New York
Albany
Thu May  6 09:47:35 EDT 2010

Grandview, LLC                             Nanosys, Inc.                               U.S. Bankruptcy Court
C/O Millennium Partners, L.P.              c/o Cooley Godward Kronish LLP              James T. Foley U.S. Courthouse
Attn: Allan S. Sexter                      1114 Avenue of the Americas                 445 Broadway, Suite 330
666 Fifth Avenue                           New York, NY 10036-7703                     Albany, NY 12207-2936
New York, NY 10103-0001

3B Investment Partners LLC                 Adam Foegen, ACF Tuyler M. Foegen           Adam Peng
28 Sage Lane                               11614 Cassidy Lane                          1022 Coffee Drive
Glenmont, NY 12077-2964                    Knoxville, TN 37934-4808                    Schenectady, NY 12303-5071


Adelaide Welch                             Aleksey Yekimov                             Alfred Waring
1450 Baker Avenue                          c/o Nanocrys                                2 Glenwood Drive
Niskayuna, NY 12309-5223                   P.O. Box 820                                Saratoga Springs, NY 12866-9218
                                           Briarcliff Manor, NY 10510-0307


Alyson Farrington                          Amber Brooks                                BAZCO LLC
120 Ledge Hill Road                        2426 Lenox Road                             8461 Lake Worth Road
Hebron, ME 04238-3547                      Schenectady, NY 12308-1017                  Lake Worth, FL 33467-2474


Barbara C. Cahill                          Barry A. Gold and Frank J. Doberman         BazCo LLC
1428 E. Westminster                        Joint Tenants in Common                     8461 Lake Worth Road
Salt Lake City, UT 84105-3718              2280 Western Avenue                         Suite 109
                                           Guilderland, NY 12084-9206                  Lake Worth, FL 33467-2476


Benjamin E. Nickoll                        Benjamin L. Miller, Ph.D.                   Birch Holdings LLC
34 Gramercy Park East                      601 Elmwood Avenue                          28 Sage Lane
Apartment 2A                               Box 697                                     Glenmont, NY 12077-2964
New York, NY 10003-1731                    Rochester, NY 14642-0001


Brian Cohen                                CTA c/o Wayne Barr                          Cerberus Partners LP
10 Trumpeter Place                         28 Sage Lane                                Attn:  Brenda Marex
Slingerlands, NY 12159-9256                Glenmont, NY 12077-2964                     299 Park Avenue, 14th Floor
                                                                                       New York, NY 10171-0002


Chalis Capital, LLC                        Charles E. Reed                             Chester Opalka
Attn:  Sabino Rodriguez                    c/o George Fishback                         6 Heather Ridge
c/o Day Pitney LLP                         Sachs Waldman Professionals                 Averill Park, NY 12018-9668
One Canterbury Green                       1000 Farmer Street
Stamford, CT 06901-2032                    Detroit, MI 48226-2834


Chris Bondy                                CityPlace Investors V LLC                   CityPlace Investors VI LLC
c/o Solus Alternative Asset Management     Attn:  David L. Swerdloff                   Attn:  David A. Swerdloff
430 Park Avenue, 9th Floor                 Day Pitney LLP                              Day Pitney LLP
New York, NY 10022-3514                    One Canterbury Green                        One Canterbury Green
                                           Stamford, CT 06901-2047                     Stamford, CT 06901-2047
```

| | | |
|---|---|---|
| Clinton Ballinger<br>1 Stewart Court<br>Burnt Hills, NY 12027-9302 | Counterpoint Ventures Fund LP<br>c/o Vantage Management, Inc.<br>Attn:  Walter Robb<br>3000 Troy-Schenectady Road<br>Schenectady, NY 12309-1614 | Dale M. Thuillez<br>42 East Ridge Road<br>Loudonville, NY 12211-1476 |
| Daniel Landry<br>11 Woods Way<br>Clifton Park, NY 12065-2032 | Darcy Englert<br>7A Westwood Lane<br>Schenectady, NY  12302 | Darcy Englert<br>8 Westwood Lane<br>Scotia, NY 12302-3614 |
| David Duncan<br>220 Stow Avenue<br>Troy, NY 12180-6317 | David Socha<br>438-B Delaware Avenue<br>Delmar, NY 12054-3040 | Douglas DeFries<br>3 Shepherd's Needle<br>Wynantskill, NY 12198-7816 |
| Dove Interests LLC<br>437 Via Del Orso<br>Jupiter, FL 33477-4212 | Dr. Frank Wise<br>c/o Cornell University<br>252 Clark Hall<br>Ithaca, NY 14853-2501 | Dr. Geoffrey Strouse<br>c/o University of California<br>Santa Barbara, CA 93106-9510 |
| Dr. Greg W. Charache<br>2 Hawthorne Lane<br>East Windsor, NJ 08520-2208 | Dr. Robert Palazzo<br>110 Eight Street<br>Troy, NY 12180-3522 | Dr. Robert S. and Susan J. Darr<br>356 - 76th Street<br>Brooklyn, NY 11209-3106 |
| Drs. Edward & Kathleen Gabrielson<br>11728 Camp Cone Td.<br>Glen Arm, MD 21057-9362 | Dylan Spencer<br>1070 Glenwood Boulevard<br>Schenectady, NY 12308-2910 | E. Scott Macomber<br>55 New Scotland Road, South<br>Delmar, NY 12054-5530 |
| Eastern Copy Products<br>10 Capitol Street<br>Nashua, NH 03063-1007 | Edward P. Swyer<br>10 Executive Park Drive<br>Albany, NY 12203-3716 | Edward Sargent<br>1206 - 400 Walmer Road<br>Toronto, Ontario<br>Canada  M5P 2X7 |
| Eva Sbardella<br>785 Altamont Road<br>Altamont, NY 12009-4907 | F. Michael Tucker<br>115 Huntersfield Road<br>Delmar, NY 12054-3827 | FP Mailing Solutions<br>140 N. Mitchell Ct. Suite 200<br>Addison IL 60101-7200 |
| FairJack LP<br>P.O. Box 419<br>Goshen, CT 06756-0419 | Fleet National Bank, Trustee for<br>Zachary Passaretti IRA<br>Attn:  Denise Shelton<br>63 Shaker Road<br>Albany, NY 12204-1030 | Frederick Wahl<br>21 East 87th Street, #4D<br>New York, NY 10128-0506 |
| GE Capital<br>P.O. Box 642333<br>Pittsburgh, PA 15264-2333 | General Electric Capital Corp.<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404-8247 | George Moon<br>53 Brindale Place<br>Aurora, Ontario<br>Canada  L4G 6M4 |

George Williams
4059 Old River Road
Niskayuna, NY 12309-1518

Grandview LLC
C/O Millennium Partners, L.P.
C/O Allan S. Sexter
666 Fifth Avenue
New York, NY 10103-0001

Greg Bosak
10 Eagle Road
Hoosick Falls, NY 12090-4309

Greywolf Capital Oversees Fund
c/o Greywold Capital Management LP
Attn: Joe McInnis
4 Manhattanville Road, Suite 201
Purchase, NY 10577-2119

Greywolf Capital Partners II, LP
Attn: Joe McInnis
c/o Greywolf Capital Overseas Fund
4 Manhattanville Road, Suite 201
Purchase, NY 10577-2119

Henry J. McDonald
3 Beacon Hill Drive
Saratoga Springs, NY 12866-9709

Hewlett Packard Company
HP Smart Printing Services
11311 Chinden Boulevard, MS-825
Boise, ID 83714-1021

Internal Revenue Service
Bankruptcy Insolvency Unit, 5th Floor
Leo O'Brien Building, 1 Clinton Ave
Albany, NY 12207

Internal Revenue Service
Department of the Treasury
Andover, MA 05501-0012

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Invitrogen
12088 Collections Center Drive
Chicago, IL 60693-0001

James Hayes
4 Phelps Drive
Homer, NY 13077-9403

James P. Ashman
467 Redding Road
Fairfield, CT 06824-1932

James Reynolds
18 Washington Avenue, Apt. 3
Schenectady, NY 12305-1601

Jennifer Gillies
1934 NY Route 2
Petersburg, NY 12138

Jennifer Gillies
241 Prospect Street, # 1
Cambridge, MA 02139-1270

Jesse Opalka Revocable Trust
Attn: Jesse Opalka
603 Market Streeet, Apt. 230
Celebration, FL 34747-4910

Jessica Golden
69 Fieldstone
Gansevoort, NY 12831-1712

Jessica Reuter
212 Third Street, Unit 3B
Troy, NY 12180-4652

Joanna Gabriel
409 Carter Street
New Canaan, CT 06840-5013

John Cavalier
6 Schuyler Meadows Road
Loudonville, NY 12211-1424

John Crear
20 Lexington Road
Saratoga Springs, NY 12866-3717

John Glade
8226 Bee Caves Road
Austin, TX 78746-4909

John I. Colton
c/o Gilder Gagnon
1775 Broadway
New York, NY 10019-1903

John Joseph Gorman V Trust
Attn: John Gorman
c/o Tejas Securities Group, Inc.
8226 Bee Caves Road
Austin, TX 78746-4909

John M. Forester
32 Clinton Street
P.O. Box 1042
Saratoga Springs, NY 12866-0835

John Peter Gutfreund
408 East 79th Street, Apt. 14C
New York, NY 10075-1424

Jonathan Hibbs
1806 West Lincoln Avenue
Yakim, WA 98902-2473

Jonathan Hibbs, M.D.
1806 West Lincoln Avenue
Yakima, WA 98902-2473

Joseph Moran
c/o Tejas Securities Group, Inc.
8226 Bee Caves Road
Austin, TX 78746-4909

Judith Barnes
12 Dutch Village
Albany, NY 12204-2926

Kaitsa Pappas-Gabriel
One Harbor Lane
Brooklyn, NY 11209-2848

Karen Armsby
7 Avon Court
West Sand Lake, NY 12196-9788

Karla Leonard, as Custodian
for Coradina Leonard
35 Blue Heron Point
Hilton Head Island, SC 29926-1209

Karla Leonard, as Custodian
for Delaney Leonard
35 Blue Heron Point
Hilton Head Island, SC 29926-1209

Karla Leonard, as Custodian
for James Leonard
35 Blue Heron Point
Hilton Head Island, SC 29926-1209

Katherine Ramage
307 Debbie Drive
Schenectady, NY 12306-2527

Kathleen K. Harris
3729 Lochdale Terrace
Lexington, KY 40514-1754

Kathleen Williamson
36 Dexter Street
Niskayuna, NY 12309-5311

Kayla Leach
37A Mountain Street
Hadenville, MA 01039-9731

Kenyon & Kenyon, LLP.
One Broadway
New York, NY 10004-1007

Kevin Purcell, Esq.
United States Trustee's Office
74 Chapel Street
Albany, NY 12207-2190

Konarka Technologies, Inc.
116 John Street
Suite 12, Third Floor
Lowell, MA 01852-1128

Koninklijke Philips Electronics, N.V.
Philips Intellectual Prpty. & Standards
5600 AE Eindhoven
The Netherlands

Kristy Urgo
701 Cheswold Court
Wayne, PA 19087-5641

Kurt Rechner
5908 Overlook Drive
Austin, TX 78731-4222

Kwang-Ohk Cheon
101 Plumly Way
Holland, PA 18966-2684

Kypson & Wichs Retirement Plan & Trust
21 Wooley Lane East
Great Neck, NY 11021-1515

LC Capital Master Fund, Ltd.
Attn: Steve Lampe
c/o Lampe, Conway & Co. LLC
680 Fifth Avenue, Suite 1202
New York, NY 10019-5429

LEMERY GREISLER LLC
Local Counsel for Life Tech. corp.
Office and P.O. Address
50 Beaver Street
Albany, New York 12207-1511

Lenore Darr and Robert S. Darr
Joint Tenants
247 - 82nd Street
Brooklyn, NY 11209-3810

Life Technologies, Inc. f/k/a/ Invitrogen Co
c/o Parsons Behle & Latimer
attn: J. Thomas Beckett
201 S. Main St. Suite 1800
Salt Lake City, Utah 84111-2218

Lisa Brogden
6 Schuyler Meadows Road
Loudonville, NY 12211-1424

Louis Sackal
3 Clinton Avenue, Apt. A
Troy, NY 12180-6806

Louise Brogan
107 Bow Street
Freeport, ME 04032-1512

Luis Sanchez
6211 Hampshire House
Albany, NY 12203-4529

Luke Nally
54 Charlton Road
Ballston Lake, NY 12019-2505

Margaret Hines
534 N. 20th Street
San Jose, CA 95112-1745

Michael D. Samouce
c/o Tejas Securities Group, Inc.
8226 Bee Caves Road
Austin, TX 78746-4909

Michael DeVincenzo
12 Ossman Drive
Pomona, NY 10970-2654

| | | |
|---|---|---|
| Michael Dura<br>JP Mac LLP<br>820 2nd Avenue<br>New York, NY 10017-4504 | Michael J. Sullivan<br>26 Summit Avenue<br>East Williston, NY 11596-2032 | Michael LoCascio<br>288 Roslyn Court<br>West New York, NJ 07093-8323 |
| Michael Wolf<br>804 Sunfish Street<br>Austin, TX 78734-4412 | Michael Zonca<br>2 Cayuga Court<br>Albany, NY 12208-1068 | Millennium Partners LP<br>Attn: Allan S. Sexter<br>c/o Millennium Management LLC<br>666 Fifth Avenue, 8th Floor<br>New York, NY 10103-0001 |
| Millennium Fixed Income, LP<br>Attn: Lisa Halustick, Manager<br>c/o Millennium Management, LLC<br>666 Fifth Avenue, 8th Floor<br>New York, NY 10103-0001 | Morris Weiss<br>4203 Watersedge Cove<br>Austin, TX 78731-5139 | NY State Corporation dba Empire State<br>Development - Small Business<br>Attn: Clayton Besch<br>30 South Pearl Street, 11th Floor<br>Albany, NY 12207-3425 |
| NYS Department Taxation & Finance<br>Attn: Bankruptcy Insolvency Unit<br>P.O. Box 5300<br>Albany, NY 12205-0300 | NYS Dept. of Taxation and Finance<br>Attn: Bankruptcy Unit<br>P.O. Box 5300<br>Albany NY 12205-0300 | Nadia Sidarous<br>113 Coleen Road<br>Troy, NY 12180-6185 |
| Nanosys, Inc.<br>2625 Hanover Street<br>Palo Alto, CA 94304-1148 | Nathan Davis<br>1256 Cortland Avenue<br>Schenectady, NY 12308-2109 | Nathaniel H. Daffner<br>33 Century Drive<br>Latham, NY 12110 |
| Niskayuna Development LLC<br>8461 Lake Worth Road, Suite 109<br>Lake Worth, FL 33467-2476 | Niskayuna Development, LLC<br>437 Via Del Orso<br>Jupiter, FL 33477-4212 | Opalka Family Investment<br>Partners, LP<br>Attn: Chester J. Opalka<br>6 Heather Ridge<br>Averill Park, NY 12018-9668 |
| Opalka Family Investment Partners, LP<br>Gesmer Updegrove LLP<br>Attn: Sean W. Gilligan, Esq.<br>40 Broad Street<br>Boston, MA 02109-4316 | Opalka family Investment Partners, LP<br>6 Heather Ridge Rd.<br>Averill Park 12018-9668 | PDA Group, LLC<br>Attn: Peter Aquino<br>11630 Cedar Chase Road<br>Herndon, VA 20170-2476 |
| Patrick Tierney<br>1311 Beauchamps Place<br>Toms River, NJ 08753-4018 | Paul G. Kasselman<br>Kasselman Electric Co., Inc.<br>29 Broad Street<br>Albany, NY 12202-1812 | Paul Goldman<br>c/o Segal Goldman Mazzotta & Siegel PC<br>9 Washington Square<br>Albany, NY 12205-5544 |
| Paul Goldman & Philomenta Wah Kong<br>Joint Tenants<br>c/o Segal Goldman Mazzotta & Siegel PC<br>9 Washington Square<br>Albany, NY 12205-5524 | Pennwell International Corporation<br>21428 Network Place<br>Chicago, IL 60673-0001 | Peter Case<br>177 Werking Road<br>East Greenbush, NY 12061-9302 |
| Rensselaer Polytechnic Institute<br>Attn: Travis Angevine, Dir., Investments<br>110 8th Street, Tory Building - 5th Fl.<br>Troy, NY 12180-3590 | Richard Langer<br>McNamee Lochner Titus & Williams PC<br>677 Broadway<br>Albany, NY 12207-2503 | Robert E. Blackman<br>58 Pangburn Road<br>Delmar, NY 12054-5416 |

Robert J. Waldele
209 Pleasant Plains Road
Stirling, NJ 07980-1018

Robert S. Darr, M.D., P.C. Pension Plan
c/o Robert S. Darr, M.D.
356 - 76th Street
Brooklyn, NY 11209-3106

Robert Wong
1519 - 6th Street
Suite 411
Santa Monica, CA 90401-2532

Rockefeller University
Office of General Counsel
1230 York Avenue, Box 81
New York, NY 10065-6307

Roxanna Martinez
67 Eddy's Lane
Troy, NY 12180-1493

Ryleigh Gorman Trust
Attn: John Gorman
c/o Tejas Securities Group, Inc.
8226 Bee Caves Road
Austin, TX 78746-4909

SOLA LTD.
c/o Solus Alternative Asset Management
Attn: Christopher A. Bondy
430 Park Avenue, 9th Floor
New York, NY 10022-3514

SOLA LTD.
c/o Solus Alternative Asset Management
Attn: Stephen Blauner
430 Park Avenue, 9th Floor
New York, NY 10022-3514

SOLA, LTD.
c/o Peter A. Pastore, Esq.
McNamee, Lochner, Titus & Williams, P.C.
677 Broadway, P.O. Box 459
Albany, New York 12201-0459

Salesforce.com
P.O. Box 842569
Boston, MA 02284-2569

Salter Family Partners, Ltd.
Attn: Mark Salter
4360 River Garden Trail
Austin, TX 78746-2015

Sammy Loerch
19 Borello Drive
Austin, TX 78738-1766

San Ming Yang
3888 Duke of York Boulevard
Mississauga
Canada  L5B 4P5

Sean W. Brophy
4233 Mooncrest Place
Encino, CA 91436-3514

Securities and Exchange Commission
75 Park Place, 14th Floor
New York NY 10007-2549

Sherrie G. Abbruzzese
8461 Lake Worth Road
Suite 109
Lake Worth, FL 33467-2476

Siena College
Attn: Paul Spec
515 Loudon Road
Loudonville, NY 12211-1462

Singer Children's Management Trust
Attn: Philip Mandelbaum, CFO
c/o Romulus Holdings, Inc.
2200 Fletcher Avenue
Fort Lee, NJ 07024-5005

Steve Talbot
21 Loudon Parkway
Loudonville, NY 12211-1645

Steven I. Talbot
21 Loudon Parkway
Loudonville, NY 12211-1645

Strachan Family Trust
c/o John Strachan
3 Crumitie Road
Albany, NY 12211-1609

Susanthri Perera
5 Harmony Court
Cohoes, NY 12047-4852

TM Ventures LLC
Attn: Mark L. Kenyon
66 Kingsboro Avenue
Gloversville, NY 12078-3415

Tarhoos Associates
Attn: Denise Shelton
63 Shaker Road, Suite 202
Albany, NY 12204-1030

Tejas Securities Group Inc. 401(K) Plan
Attn: Chris Greenwell
1937 Euclid Street, Suite 103
Santa Monica, CA 90404-4699

Tejas Securities Group, Inc.
401(K) Plan and Trust, FBO, John J.
Gorman, John Gorman, Trustee 8
8226 Bee Caves Road
Austin, TX 78746-4909

Tejas Securities Group, Inc. 401(K) Plan
Attn: Wayne Barr, Jr.
28 Sage Lane
Glenmont, NY 12077-2964

Tejas Securities Group, Inc. 401(k) Plan
Attn: John Gorman, Trustee
c/o Tejas Securities Group, Inc.
8226 Bee Caves Road
Austin, TX 78746-4909

The Ann L. Cavalier Recocable Trust
6 Schuyler Meadows
Loudonville, NY 12211-1424

The Arsenal Business & Technology
Partnership, Ltd.
The Watervliet Arsenal
Watervliet, NY 12189

The Endeavors Group LLC
Attn: Kevin Lindsey
9100 N. Swan Road
Milwaukee, WI 53224-1704

The John C. Cavalier Revocable Trust
6 Schuyler Meadows
Loudonville, NY 12211-1424

The Sage Colleges
45 Ferry Street
Troy, NY 12180-4115

Thomas Boone Pickens III
2901 Scenic Drive
Austin, TX 78703-1042

Thomas J. Keegan
2644 Bronson Road
Fairfield, CT 06824-2068

Todd D. Krauss, Ph.D.
Department of Chemistry
University of Rochester
Rochester, NY 14627-0216

UChicago Tech
Office of Technology/Intellectual Prpty.
The University of Chicago
555 South Woodlawn Avenue, Suite 300
Chicago, IL 60637

United States Attorney
Northern District of New York
P.O. Box 7198
Syracuse, NY 13261-7198

University Research Administration
Attn: Denise Butler, Contract Manager
970 East 58th Street
Chicago, IL 60637-1432

University of Toronto, Chemistry Dept.
Attn: Gregory D. Scholes
80 St. George Street
Toronto, Ontario
Canada M5S 3H6

Venture Capital Management, Inc.
2330 Piedmont Road
Morganton, NC 28655-9898

Verizon Wireless
P.O. Box 15062
Albany, NY 12212-5062

Verizon Wireless
PO Box 3397
Bloomington IL 61702-3397

Vincent Guarino
P.O. Box 542
Schenectady, NY 12301-0542

Vincent Guarino
c/o Greno Industries
2820 Amsterdam Road
Scotia, NY 12302-6323

Walter L. Robb
c/o Vantage Management, Inc.
3000 Troy-Schenectady Road
Schenectady, NY 12309-1614

Wayne Barr
28 Sage Lane
Glenmont, NY 12077-2964

Wei Liu
7306 Vic Court
Schenectady, NY 12303-5250

Weili Shi
2227 Bedell Road, Apt. 11
Grand Island, NY 14072-3106

William J. LoCascio & Christine LoCascio
Joint Tenants
297 Bowden Road
Cedar Grove, NJ 07009-1524

Windsor Glens Falls Partnership
c/o Windsor Development Corp.
Attn: Larry Becker
5 Southside Dirve, Suite 200
Clifton Park, NY 12065-3868

Zachary Passaretti, M.D.
Attn: Denise Shelton
63 Shaker Road, Suite 202
Albany, NY 12204-1030

eBioScience
10255 Science Center Dr.
San Diego CA 92121-1117

eBioScience, Inc.
6042 Cornerstone Court, West
San Diego, CA 92121-4746

Diana G. Adams
U.S. Trustee
74 Chapel Street
Suite 200
Albany, NY 12207-2121

Richard L. Weisz
Hodgson Russ LLP
677 Broadway
Albany, NY 12207-2996

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Debtor-in-Possession Lenders      (u)EBioscience                    (u)Hoffman Warnick LLC


(u)Invitrogen Corporation            (u)Life Technologies Corporation  End of Label Matrix
                                                                       Mailable recipients  205
                                                                       Bypassed recipients    5
                                                                       Total                210